IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

LARESSA ANN BRUNETTI-PARKER

    Petitioner,

v.                                      Miscellaneous No. 1:07mc42

LLOYD JUNIOR PARKER, II,

    Respondent.

## ORDER DENYING REQUEST OF PETITIONER LARESSA ANN BRUNETTI-PARKER AND DISALLOWING TESTIMONY OF UNITED STATES PROBATION OFFICER STACEY M. CLAXTON IN CERTAIN MATTERS IN THE FAMILY COURT OF HARRISON COUNTY, WEST VIRGINIA

Debra V. Chafin, counsel for Laressa Ann Brunetti-Parker in Civil Action No. 06-D-322-4 in the Family Court of Harrison County, West Virginia, filed a Request for Testimony of United States Probation Officer Stacey M. Claxton seeking the appearance and testimony of Officer Claxton on September 6, 2007 as a witness in the Family Court of Harrison County, West Virginia in Civil Action No. 06-D-322-4. Said Request for Testimony does not indicate with any specificity what testimony is being sought or why the information being sought is not readily available from another source or by other means.

For these reasons, the Court orders that Ms. Claxton not provide any testimony at this time in Civil Action No. 06-D-322-4 in the Family Court of Harrison County, West Virginia.

IT IS SO ORDERED.

The Clerk is DIRECTED to serve certified copies of this order to all counsel of record, to all appropriate agencies, and to United States Probation Officer Stacey M. Claxton and Deputy Chief U.S. Probation Officer Terry L. Huffman. A certified copy of this order shall also be delivered to the Honorable M. Drew Crislip, Judge of the Family Court of Harrison County, West Virginia.

DATED: August 20, 2007.

IRENE M. KEELEY, CHIEF
UNITED STATES DISTRICT JUDGE